### McGUCKIN v. SISTER.

Amendment of complaint in the amount sought to be recovered as vindictive damages.

THIS was an action of slander, in which the justification pleaded entirely failed, and the plaintiff applied for leave to amend his complaint by increasing the amount laid as damages.

*The Court* denied the motion, saying, it had long been the practice never to allow such an amendment where vindictive damages were sought to be recovered.